# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 24-5817

**Case Name** Pandolfi, et al. v. AviaGames, Inc. et al.

**Counsel submitting this form** Kate Lazarus, Kwun Bhansali Lazarus LLP

**Represented party/parties** Vickie Yanjuan Chen and Ping Wang

*Briefly describe the dispute that gave rise to this lawsuit.*

This is a putative class action in which Plaintiffs allege—and Defendants Ms. Chen and Ms. Wang dispute—that Avia, a mobile gaming company, used "bots" in its online gaming platform, without disclosing that to consumers and while representing otherwise, giving rise to claims under California and federal law. The subject of this appeal is the threshold issue of whether the arbitration agreement in Avia's Terms of Service, to which Plaintiffs agreed, is enforceable, such that the district court must compel Plaintiffs to arbitrate their dispute according to the terms of the arbitration agreement.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

*Briefly describe the result below and the main issues on appeal.*

Avia, Vickie Yanjuan Chen, and Ping Wang (collectively, "Avia Defendants") moved to compel individual arbitration with the named Plaintiffs. The district court found that Plaintiffs entered into the arbitration agreement in Avia's Terms of Service, but it held the agreement to be unconscionable and thus unenforceable. The main issue Avia Defendants intend to raise on appeal is whether the district court erred in denying the Motion to Compel Arbitration.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The following motions are pending with the district court: Defendants' Motion to Stay (which seeks a stay of the action pending adjudication of this interlocutory appeal); Avia Defendants' Motion to Dismiss; ACME, LLC's Motion to Dismiss; and Galaxy Digital Capital Management, L.P.'s Motion to Dismiss.

In addition, various purported Avia users have filed arbitration demands against Avia with the American Arbitration Association (AAA). These arbitration demands were filed by the same counsel and are coordinated under the AAA Supplementary Rules for Mass Arbitration.

**Signature** s/ Kate Lazarus  **Date** 9-30-24

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

2